# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 21-00037 DKW |
| CASE NAME: | USA v. (1) Jason Dadez |
| ATTYS FOR PLA: | Craig S. Nolan<br>Michael David Nammar |
| ATTYS FOR DEFT: | (1) Catherine P. Gutierrez |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | |
| DATE: | 4/27/2021 | TIME: | |

COURT ACTION: EO:   Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 9/20/2021 at 8:30 AM before Judge Derrick K. Watson.
Final Pretrial Conference is continued to 8/23/2021 at 9:30 AM before Magistrate Judge Kenneth J. Mansfield.
Defendant's Motions: 8/9/2021.
Government's Responses: 8/27/2021.

Time **to be** excluded from 6/14/2021 thru 9/20/2021 from the requirements of the Speedy Trial Act.

Craig S. Nolan to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager