JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Craig.Nolan@usdoj.gov
          Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br>JASON DADEZ,<br><br>　　　　　　　　Defendant. | CR. NO. 21-00037 DKW<br><br>STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>OLD TRIAL DATE: June 14, 2021<br>NEW TRIAL DATE: September 20, 2021 |

STIPULATION CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.  The United States of America and the defendant, JASON DADEZ, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from the date this Order is signed to and including the new trial date from computation under the Speedy Trial Act.  The reason for the continuance is that defense counsel needs adequate time to review the extensive discovery produced by the government, thoroughly investigate potential factual and legal defenses, and file any appropriate motions.

B.  The parties further agree that the ends of justice served by the continuance outweigh the best interests of the defendant and the public in a speedy trial, and:

1. The failure to grant such a continuance would be likely

    ☐ To make a continuation of such proceeding impossible

    ☒ To result in a miscarriage of justice.

2. The case is so

    ☐ Unusual

    ☐ Complex

due to the

    ☐ Number of defendants

    ☐ Nature of the prosecution

☐ Existence of novel questions of fact or law that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3. The failure to grant the continuance would

☐ Deny the defendant reasonable time to obtain counsel

☐ Unreasonably deny the defendant continuity of counsel

☐ Unreasonably deny the government continuity of counsel

☒ Deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

☐ Deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

C. The parties further agree that the period of time from the date this Order is signed to and including September 20, 2021 constitutes a period of delay which shall be excluded in computing the time within which the trial in this case

//
//

must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B), and (h)(6).

DATED: April 29, 2021, at Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By */s/ Craig S. Nolan*
CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant U.S. Attorneys


*/s/ Catherine P. Gutierrez*
CATHERINE P. GUTIERREZ, ESQ.
Attorney for Defendant
JASON DADEZ

ORDER CONTINUING TRIAL
AND EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the Court. For the reasons stated, IT IS HEREBY ORDERED:

(1)    the jury selection and trial are set for September 20, 2021, at 8:30 a.m., before Derrick K. Watson, United States District Judge;

(2)    the final pretrial conference is set for August 23, 2021 at 9:30 a.m., before Kenneth J. Mansfield, United States Magistrate Judge; and

(3)    defense motions are due on August 9, 2021, and the government's responses are due on August 27, 2021.

IT IS FURTHER ORDERED that the period of time from the date this Order is signed to and including September 20, 2021, constitutes a period of delay which

//
//
//
//
//
//
//

shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B), and (h)(6).

DATED: April 29, 2021, at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

UNITED STATES v. JASON DADEZ
Cr. No. 21-00037 DKW
"Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"