CATHERINE GUTIERREZ HI BAR #7115
1001 Bishop Street Ste. 710
Honolulu, Hawaii. 96813
Tel. No. (808) 532-3229
Fax. No.  (808) 758-5359
catherinegutierrezlaw@gmail.com

Attorney for Defendant
Jason Dadez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 21-00037 DKW |
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| | OLD TRIAL DATE: Jan. 18, 2022 |
| JASON DADEZ, | |
| Defendant. | NEW TRIAL DATE: April 4, 2022 |

STIPULATION CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.  The United States of America and the defendant, JASON DADEZ, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from January 18, 2022 to and including April 4, 2022 from computation under the Speedy Trial Act. The reason for the continuance is that defense counsel needs adequate time to review the extensive discovery produced by the government, thoroughly investigate potential factual and legal defenses, and file any appropriate motions.

B.  The parties further agree that the ends of justice served by the continuance outweigh the best interests of the defendant and the public in a speedy trial, and:

1.  The failure to grant such a continuance would be likely

☐  To make a continuation of such proceeding impossible

☒   To result in a miscarriage of justice.

2.  The case is so

☐ Unusual

☐ Complex

due to the

☐ Number of defendants

☐ Nature of the prosecution

2

☐ Existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial

proceedings or for the trial itself within the time limits established

by the Speedy Trial Act.

3.  The failure to grant the continuance would

☐ Deny the defendant reasonable time to obtain counsel

☐ Unreasonably deny the defendant continuity of counsel

☐ Unreasonably deny the government continuity of counsel

☒ Deny counsel for the defendant the reasonable time necessary

for effective preparation, taking into account the exercise of due

diligence

☐ Deny counsel for the government the reasonable time necessary

for effective preparation, taking into account the exercise of due

diligence.

C.      The parties further agree that the period of time from January 18,

2022 to and including April 4, 2022 constitutes a period of delaywhich shall be

excluded in computing the time within which the trial in this case

//

//

must commence pursuant to the Speedy Trial Act, 18 U.S.C. " 3161(h)(7)(A),

(h)(7)(B), and (h)(6).

DATED:  November 24, 2021, at Honolulu, Hawaii.


/s/ Craig S. Nolan
    CRAIG S. NOLAN
    MICHAEL NAMMAR
    Assistant U.S. Attorneys


/s/ Catherine Gutierrez
CATHERINE P. GUTIERREZ
Attorney for Defendant
JASON DADEZ

ORDER CONTINUING TRIAL
<u>AND EXCLUDING SPEEDY TRIAL ACT TIME</u>

The above Stipulation Continuing Trial Date and Excluding Time Under the

Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A,

B, and C of the Stipulation are adopted as findings by the Court. For the reasons

stated, IT IS HEREBY ORDERED:

(1)     the jury selection and trial are set for April 4, 2022, at 8:30a.m.,

before Derrick K. Watson, United States District Judge;

(2)     the final pretrial conference is set for March 7, 2022, at 10:00 a.m.,

before Rom A. Trader, United States Magistrate Judge; and

(3)     defense motions are due on February 22, 2022, and the

government's responses are due on March 7, 2022.

IT IS FURTHER ORDERED that the period of time from January 18, 2022

to and including April 4, 2022, constitutes a period of delay which

//

//

//

//

//

//

//

5

shall be excluded in computing the time within which the trial in this case must

commence pursuant to the Speedy Trial Act, 18 U.S.C. " 3161(h)(7)(A),

(h)(7)(B), and (h)(6).

     DATED:  November 24, 2021, at Honolulu, Hawaii.



    /s/ Derrick K. Watson
    Derrick K. Watson
    United States District Judge

UNITED STATES v. JASON DADEZ
Cr. No. 21-00037 DKW
"Stipulation and Order Continuing Trial Date and Excluding Time Under the
Speedy Trial Act"