# MINUTES

CASE NUMBER:     CR 21-00037 DKW

CASE NAME:       USA v. (1) Jason Dadez

ATTYS FOR PLA:   Craig S. Nolan

ATTYS FOR DEFT:  (1) Catherine P. Gutierrez

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 2/14/2022 | TIME: | 10:10 - 10:52 |

COURT ACTION:  EP: Change of Plea Hearing to Counts 1 and 3 of the Indictment as to Defendant Jason Dadez held.

Defendant Jason Dadez present, not in custody.

Defendant Jason Dadez sworn, questioned by the Court. Court informs Defendant Jason Dadez of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, trial rights, etc. Memorandum of Plea Agreement signatures verified.

Court conducted a colloquy with Defendant Jason Dadez as to his role described in Counts 1 and 3 of Indictment that makes him guilty.

Plea of Guilty to Counts 1 and 3 of the Indictment entered by Defendant Jason Dadez. Court accepts Defendant Jason Dadez's plea of guilty to Counts 1 and 3 of the Indictment.

Sentencing to Counts 1and 3 of the Indictment as to Defendant Jason Dadez set for 7/6/2022 at 9:00 a.m. before Judge Derrick K. Watson.

Without objections by the Govt., Court finds that there are exceptional reasons to justify Defendant Jason Dadez to remain out on bail with the same pretrial conditions to apply, until the date and time of his sentencing.

Submitted by: Tammy Kimura, Courtroom Manager